**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1284**

JOHN MICHAEL WOLFE,

Plaintiff - Appellant,

v.

PATRICK M. BLANCH; JONATHAN FRIEDEN; PAUL F. SHERIDAN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:24-cv-01569-CMH-WBP)

Submitted:  September 25, 2025                    Decided:  September 29, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed as modified by unpublished per curiam opinion.

John Michael Wolfe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Michael Wolfe appeals the district court's order granting the defendants' motion to dismiss and dismissing his pro se civil complaint. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order, *Wolfe v. Blanch*, No. 1:24-cv-01569-CMH-WBP (E.D. Va. Feb. 24, 2025), as modified to reflect dismissal without prejudice, *see King v. Rubenstein*, 825 F.3d 206, 225 (4th Cir. 2016) (recognizing that dismissal of pro se complaint generally should be without prejudice if district court did not give plaintiff opportunity to amend nor discuss why amendment would be futile). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*